# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Sarawan ANBAR                                              :
107 Claris Court                                          :
Chapel Hill, NC 27514                                     :
                                                          :
 Petitioners                                              :
                                                          :
            v.                                            :       Civil No. _____
                                                          :
Michael CHERTOFF                                          :
Secretary                                                 :
U.S. Department of Homeland Security                      :
425 Murray Drive, Building 410                            :
Washington, DC 20528                                      :
                                                          :
                                                          :
Michael MUKASEY                                           :
U.S. Attorney General                                     :
U.S. Department of Justice                                :
950 Pennsylvania Avenue NW                                :
Washington DC 20530-0001                                  :
                                                          :
                                                          :
Emilio T. GONZALEZ                                        :       **MOTION FOR LEAVE**
Director                                                  :       **TO APPEAR**
USCIS                                                     :       **PRO HAC VICE**
20 Massachusetts Avenue, N.W.                             :
Washington, DC 20529                                      :
                                                          :
                                                          :
Evelyn UPCHURCH                                           :
Director                                                  :
USCIS Texas Service Center                                :
4141 St. Augustine Road                                   :
Dallas, TX 75227                                          :
                                                          :
                                                          :
Rosemary MELVILLE                                         :
District Director                                         :
USCIS Atlanta District Office                             :
77 Forsyth Street, SW                                     :
Atlanta, GA 30303                                         :

Robert S. MUELLER, III                    :
Director                                   :
Federal Bureau of Investigation            :
J. Edgar Hoover Building                    :
935 Pennsylvania Ave. NW                    :
Washington, DC 20535                        :
                                           :
                                           :
        in their official capacities,      :
                                           :
        Respondents                        :

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*
## AND SUPPORTING DECLARATION

Pursuant to LCvR § 83.2(d) counsel moves for the admission *pro hac vice* of Richard Rulon, William Stock and Theodore Murphy to represent Plaintiff Sarawan Anbar in this matter.  In support of this motion, I declare and affirm the following:

Richard R. Rulon is a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 13430.  Mr. Rulon is a member in good standing of the bar of the Supreme Court of Pennsylvania, and to the best of my knowledge, information and belief has never been disciplined or otherwise sanctioned by any Court or administrative agency.

Mr. Rulon maintains a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103.  His business telephone number is 215-825-8612.

Mr. Rulon has a request to appear *pro hac vice* pending in another matter.

Mr. Rulon is not a member of the bar of this Court.

William Stock is a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 69187.  Mr. Stock is a member in good standing

of the bar of the Supreme Court of Pennsylvania, and to the best of my knowledge, information and belief has never been disciplined or otherwise sanctioned by any Court or administrative agency.

Mr. Stock maintains a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. His business telephone number is 215-825-8608.

Mr. Stock has a request to appear *pro hac vice* pending in another matter.

Mr. Stock is not a member of the bar of this Court.

Theodore J. Murphy is a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 73069. Mr. Murphy is a member in good standing of the bar of the Supreme Court of Pennsylvania, and to the best of my knowledge, information and belief has never been disciplined or otherwise sanctioned by any Court or administrative agency.

Mr. Murphy maintains a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. His business telephone number is 215-825-8646.

Mr. Murphy has a request to appear *pro hac vice* pending in another matter.

Mr. Murphy is not a member of the bar of this Court.

Respectfully submitted,

Thomas K. Ragland
(D.C. Bar No. 501021)
Maggio & Kattar, P.C.
11 Dupont Circle, NW, Ste. 775
Washington, DC 20036

Dated: 11/20/07

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Sarawan ANBAR     :
107 Claris Court     :
Chapel Hill, NC 27514   :
          :
 Petitioners      :
          :
   v.       :  Civil No. _____
          :
Michael CHERTOFF    :
Secretary       :
U.S. Department of Homeland Security :
425 Murray Drive, Building 410 :
Washington, DC 20528   :
          :
          :
Michael MUKASEY    :
U.S. Attorney General   :
U.S. Department of Justice  :
950 Pennsylvania Avenue NW :
Washington DC 20530-0001  :
          :
          :
Emilio T. GONZALEZ   :  **MOTION FOR LEAVE**
Director       :  **TO APPEAR**
USCIS        :  **PRO HAC VICE**
20 Massachusetts Avenue, N.W. :
Washington, DC 20529   :
          :
          :
Evelyn UPCHURCH    :
Director       :
USCIS Texas Service Center  :
4141 St. Augustine Road   :
Dallas, TX 75227     :
          :
          :
Rosemary MELVILLE   :
District Director     :
USCIS Atlanta District Office  :
77 Forsyth Street, SW   :
Atlanta, GA 30303    :

**Robert S. MUELLER, III**               :
**Director**                                        :
**Federal Bureau of Investigation**      :
**J. Edgar Hoover Building**              :
**935 Pennsylvania Ave. NW**            :
**Washington, DC 20535**                  :
                                                       :
                                                       :
      **in their official capacities,**   :
                                                       :
      **Respondents**                       :

## DECLARATION OF RICHARD R. RULON

1.    I am a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 13430.

2.    I am a member in good standing of the bar of the Supreme Court of Pennsylvania, and have never been disciplined or otherwise sanctioned by any Court or administrative agency.

3.    I maintain a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. My business telephone number is 215-825-8612.

4.    I am not a member of the bar of this Court and I have never been admitted to this Court *pro hac vice*.

_____                    Dated: _11-13-07_
Richard R. Rulon
 (PA Attorney No. 13430)
Klasko, Rulon, Stock & Seltzer, LLP
1800 J.F. Kennedy Blvd., Ste. 1700
Philadelphia, PA  19103
215-825-8600

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Sarawan ANBAR                          :
107 Claris Court                       :
Chapel Hill, NC 27514                  :
                                       :
   Petitioners                         :
                                       :
         v.                            :        Civil No. _____
                                       :
Michael CHERTOFF                       :
Secretary                              :
U.S. Department of Homeland Security   :
425 Murray Drive, Building 410         :
Washington, DC 20528                   :
                                       :
                                       :
Michael MUKASEY                        :
U.S. Attorney General                  :
U.S. Department of Justice             :
950 Pennsylvania Avenue NW             :
Washington DC 20530-0001               :
                                       :
                                       :
Emilio T. GONZALEZ                     :        **MOTION FOR LEAVE**
Director                               :        **TO APPEAR**
USCIS                                  :        **PRO HAC VICE**
20 Massachusetts Avenue, N.W.          :
Washington, DC 20529                   :
                                       :
                                       :
Evelyn UPCHURCH                        :
Director                               :
USCIS Texas Service Center             :
4141 St. Augustine Road                :
Dallas, TX 75227                       :
                                       :
                                       :
Rosemary MELVILLE                      :
District Director                      :
USCIS Atlanta District Office          :
77 Forsyth Street, SW                  :
Atlanta, GA 30303                      :

Robert S. MUELLER, III                    :
Director                                  :
Federal Bureau of Investigation           :
J. Edgar Hoover Building                   :
935 Pennsylvania Ave. NW                   :
Washington, DC 20535                       :
                                          :
                                          :
     in their official capacities,    :
                                          :
     Respondents                      :


## DECLARATION OF WILLIAM A. STOCK

5.    I am a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 69187.

6.    I am a member in good standing of the bar of the Supreme Court of Pennsylvania, and have never been disciplined or otherwise sanctioned by any Court or administrative agency.

7.    I maintain a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103.  My business telephone number is 215-825-8612.

8.    I am not a member of the bar of this Court and I have never been admitted to this Court *pro hac vice.*

Dated: 11/13/07

_____
William A. Stock
 (PA Attorney No. 69187)
Klasko, Rulon, Stock & Seltzer, LLP
1800 J.F. Kennedy Blvd., Ste. 1700
Philadelphia, PA  19103
215-825-8600

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Sarawan ANBAR                    :
107 Claris Court                 :
Chapel Hill, NC 27514            :
                                 :
  Petitioners                    :
                                 :
         v.                      :        Civil No. _____
                                 :
Michael CHERTOFF                 :
Secretary                        :
U.S. Department of Homeland Security :
425 Murray Drive, Building 410   :
Washington, DC 20528             :
                                 :
                                 :
Michael MUKASEY                  :
U.S. Attorney General            :
U.S. Department of Justice       :
950 Pennsylvania Avenue NW       :
Washington DC 20530-0001         :
                                 :
                                 :
Emilio T. GONZALEZ               :        MOTION FOR LEAVE
Director                         :        TO APPEAR
USCIS                            :        PRO HAC VICE
20 Massachusetts Avenue, N.W.    :
Washington, DC 20529             :
                                 :
                                 :
Evelyn UPCHURCH                  :
Director                         :
USCIS Texas Service Center       :
4141 St. Augustine Road          :
Dallas, TX 75227                 :
                                 :
                                 :
Rosemary MELVILLE                :
District Director                :
USCIS Atlanta District Office    :
77 Forsyth Street, SW            :
Atlanta, GA 30303                :

Robert S. MUELLER, III         :
Director                       :
Federal Bureau of Investigation   :
J. Edgar Hoover Building      :
935 Pennsylvania Ave. NW    :
Washington, DC 20535        :
                                    :
                                    :

     **in their official capacities,**    :
                                    :
     **Respondents**              :

## DECLARATION OF THEODORE J. MURPHY

9.     I am a member of the bar of the Supreme Court of Pennsylvania, whose attorney identification number is 73069.

10.    I am a member in good standing of the bar of the Supreme Court of Pennsylvania, and have never been disciplined or otherwise sanctioned by any Court or administrative agency.

11.    I maintain a *bona fide* law office located at 1800 John F. Kennedy Boulevard, Suite 1700, in Philadelphia, Pennsylvania 19103. My business telephone number is 215-825-8646.

12.    I am not a member of the bar of this Court and I have never been admitted to this Court *pro hac vice*.

*Theodore J. Murphy*

Theodore J. Murphy
(PA Attorney No. 73069)
Klasko, Rulon, Stock & Seltzer, LLP
1800 J.F. Kennedy Blvd., Ste. 1700
Philadelphia, PA 19103
215-825-8600

Dated: _November 13, 2007_