UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAWAN ANBAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case Number: 1:07CV2117(EGS) |
| MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al., | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned case.

Dated: January 28, 2008

                                                   Respectfully submitted,

                                                   /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        Phone: (202) 514-7198
                                        Fax: (202) 514-8780
                                        Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January, 2008, I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system.

        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114